ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 1 7 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL INDICTMENT |
| CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a CHARLES HARRIS | : NO. 1:07-CR-344 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about the 13th day of October, 2007, in the Northern District of Georgia, the defendant, CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a CHARLES HARRIS, did knowingly receive and possess firearms, to-wit: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411; an SWD Inc., 9mm silencer, bearing serial number N767; a Military Armament Corp., 9mm silencer, bearing serial number S2-2001231; which were not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

### COUNT TWO

On or about the 13th day of October, 2007, in the Northern District of Georgia, the defendant, CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a CHARLES HARRIS, did knowingly and unlawfully possess

machine guns, to-wit: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; and an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411, all in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE

On or about the 13th day of October, 2007, in the Northern District of Georgia, the defendant, CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a CHARLES HARRIS, having been convicted in June, 1998 in the Superior Court of Cobb County Georgia of Violation of the Georgia Controlled Substances Act, that is, Possession With Intent To Distribute Cocaine, in case number 98-0533-05, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to-wit: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411; an SWD Inc., 9mm silencer, bearing serial number N767; a Military Armament Corp., 9mm silencer, bearing serial number S2-2001231; and an H&K, Model USP Compact, .40 caliber pistol, bearing serial number 26-088326, all in violation of Title 18, United States Code, Section 922(g).

## FORFEITURE PROVISION

Upon conviction of the offense alleged in Counts One and Two of this Indictment, defendant CLIFFORD HARRIS, a/k/a T.I., a/k/a CHARLES HARRIS shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461, all firearms involved in the commission of the offense, including but not limited to the following: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411; an SWD Inc., 9mm silencer, bearing serial number N767; and a Military Armament Corp., 9mm silencer, bearing serial number S2-2001231.

In addition, upon conviction of the offense alleged in Count Three of this Indictment, defendant CLIFFORD HARRIS, a/k/a T.I., a/k/a CHARLES HARRIS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including but not limited to the following: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411; an SWD Inc., 9mm silencer, bearing serial number N767; a Military Armament Corp., 9mm silencer, bearing serial number S2-

2001231; an H&K, Model USP Compact, .40 caliber pistol, bearing serial number 26-088326, and ammunition.

A _____ True _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
TODD C. ALLEY
ASSISTANT UNITED STATES ATTORNEY

_____
FRANCEY HAKES
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (fax)
Georgia Bar No. 317420

Received by Grand Jury, Northern District of Georgia in connection with an investigation and turned over to the U.S. Attorney for further investigation.

_____
FOREPERSON

__10/17/07__
DATE