MAGISTRATE'S CRIMINAL MINUTES
ARRAIGNMENT
   PLEA AND
      SENTENCE



**ORIGINAL**

|  |  |
|---|---|
| Time in Court: | 1 Hrs 45 Mins |
| Filed in Open Court: Date: 8/19/07 Time: 10:33 am Tape: No Tape @ | |
| Magistrate (presiding): **ALAN J. BAVERMAN** | Deputy Clerk: **Lisa Enix** |
| Case No. 1:07-CR-344 | Defendant's Name: **CLIFFORD HARRIS, JR.** |
| AUSA: Todd Alley & Francey Hakes | Defendant's Atty: Steve Sadow, Dwight Thomas and Edward1 Garland |
| USPO/PTR: | Type Counsel: (**X**) Retained  ( ) CJA  ( ) FPD |
| ARREST DATE: | |

| | | |
|---|---|---|
| **X** | Court Reporter: | Donna Keeble |
| | INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT | Dft in custody? ( ) Yes    ( ) No |
| | Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed. | |
| | ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY. | |
| | ORDER appointing _____ as counsel. | |
| | ORDER giving defendant _____ days to employ counsel. | |
| | Dft to pay attorney fees as follows: _____ | |
| | INFORMATION/COMPLAINT filed. | WAIVER OF INDICTMENT filed. |
| **X** | Copy indictment given to dft? (**X**) Yes   ( ) No    Read to dft? ( ) Yes   (**X**) No   ( ) Prior to Hrg | |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. | |
| **X** | ARRAIGNMENT HELD.   ( ) Superseding indictment              ( ) Dft's WAIVER of appearance filed. | |
| | Arraignment continued to _____ at _____ Request of ( ) Govt    ( ) Dft | |
| | Dft failed to appear for arraignment.    Bench warrant issued | |
| **X** | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance. | |
| | MOTION TO CHANGE PLEA, and order allowing same. | |
| | PLEA OF GUILTY / NOLO as to counts _____ | |
| | Petition to enter PLEA OF GUILTY / NOLO filed. | |
| | NEGOTIATED PLEA between Government and defendant filed. | |
| **X** | Assigned To Judge    PANNELL    for (**X**) trial    ( ) arraignment/sentence. | |
| **X** | Assigned to Magistrate    BAVERMAN    for pretrial proceedings. | |
| **X** | Estimated trial time: _____ days.    (**X**) SHORT    ( ) MEDIUM    ( ) LONG | |

____  CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

____  Government MOTION FOR DETENTION filed. Hearing set _____ at _____

____  Temporary commitment issued.  Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

**X**  **BOND / PRETRIAL DETENTION hearing held. Hearing continued until 10/26/07 at 3:00pm in Courtroom 1907.**

____  BOND RELEASE hearing held.

____  Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

____  WRITTEN ORDER TO FOLLOW.

____  HEARING HELD on motion for reduction / modification of bond.

____  Motion for reduction of Bond / Modification of Bond   ( ) GRANTED   ( ) DENIED.

____  WRITTEN ORDER TO FOLLOW.

____  BOND SET at   $ _____

____  Non-surety

____  Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

____  SPECIAL CONDITIONS: _____
_____
_____
_____

____  Bond filed; defendant released.

____  Bond NOT EXECUTED.  Defendant to remain in Marshal's custody.

**WITNESSES:** _____
_____
_____
_____

**EXHIBITS:**  Government's Exhibits #1 - 2 marked and admitted. _____
_____
_____

**PLEA (With Counsel)**

U.S. Department of Justice
United States Attorney
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 19 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:07-CR-344

I, CLIFFORD J. HARRIS, JR., a/k/a "T.I.", a/k/a CHARLES HARRIS defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to count(s) one through three thereof.

In Open Court this 19th day of October, 2007.

_____
SIGNATURE (Attorneys for Defendant)
STEVEN H. SADOW, ESQ.
DWIGHT L. THOMAS, ESQ.
EDWARD T.M. GARLAND, ESQ.

X_____
SIGNATURE (Defendant)
CLIFFORD J. HARRIS, JR.

**INFORMATION BELOW MUST BE TYPED OR PRINTED**

STEVEN H. SADOW, ESQ.
DWIGHT L. THOMAS, ESQ.
EDWARD T.M. GARLAND, ESQ.
NAME (Attorney for Defendant)

CLIFFORD J. HARRIS, JR.
NAME (Defendant)

260 PEACHTREE STREET, N.W., STE 2502
STREET

3309 Lost Valley Dr
STREET

ATLANTA, GEORGIA 30303
CITY & STATE   ZIP CODE

_____
CITY & STATE   ZIP CODE

PHONE NUMBER (4) 522-14__

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER 704825

Filed in Open Court

_____

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93