ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:07-cr-00344-CAP-AJB
### USA v. Harris
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 10/26/07.

TIME COURT COMMENCED: 3:08 P.M.
TIME COURT CONCLUDED: 4:00 P.M.
TIME IN COURT: 00:52
COURT REPORTER: Donna Keeble
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [1]Clifford J. Harris, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Todd Alley representing USA<br>Edward Garland representing Clifford J. Harris<br>Francey Hakes representing USA<br>Steven Sadow representing Clifford J. Harris<br>Donald Samuel representing Clifford J. Harris<br>Janice Singer representing Clifford J. Harris<br>Dwight Thomas representing Clifford J. Harris |
| PROCEEDING CATEGORY: | Bond Hearing; |
| MOTIONS RULED ON: | DFT#1-[2]Motion for Detention, DENIED. |
| MINUTE TEXT: | A Surety bond set at three (3) millions dollars. Two (2) million dollars in cash is to be deposited into the Registry of the Court and one (1) million dollars is secured by Mr. Harris' properties at 429 Creekview Lane in Fulton County, Georgia and 3309 Lost Valley Drive in Henry County, Georgia. For the additional conditions see the order setting conditions of release and attached order. Defendant released. |