ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 26 2007

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. |
| v. ) | |
| ) | 1:07-CR-344-CAP/AJB |
| CLIFFORD HARRIS, JR., ) | |
| a/k/a T.I., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The following additional conditions are made part of the Conditions of Release in this case and incorporated therein:

(w)(i) Defendant shall permit Pretrial Services and ATF officers to search his residence and any vehicles located thereon prior to his arrival at his residence following his release from custody.

(ii) All expenses for GPS electronic monitoring and the custodial private monitoring company shall be paid for by the Defendant in a timely manner.

(iii) The custodial private monitoring service shall provide reports of GPS electronic monitoring and visitor lists at such frequency as requested by Pretrial Services, but no less than once per week. Any violations shall be immediately reported to Pretrial Services.

AO 72A
(Rev.8/82)

(iv) Defendant consents to random, unannounced searches by Pretrial Services of his residence and any vehicles on the premises, and the seizure of any contraband or items prohibited by the conditions of release.

(v) No safes or other secured storage facilities shall be permitted in Defendant's residence or vehicles.

(vi) Defendant's girlfriend and his minor children shall be allowed to reside in his residence. No other persons (except employees of the custodial private monitoring service, or Defendant's attorneys/employees of Defendant's attorney's law firms) shall be present in the Defendant's residence between 8:00 pm and 7:00 am.

(vii) In order to facilitate the private custodian's task and so as not to overburden Pretrial Services, other than the persons identified in paragraph vi, Defendant shall be allowed no more than **three (3)** visitors at one time. All visitors shall be pre-approved in writing by Pretrial Services and the U.S. Attorney's Office for the Northern District of Georgia. All pre-approved visitors must present valid picture identification prior to entry. All visitors are subject to a thorough search of their vehicles and persons and consent to a criminal background check before entry into Defendant's residence. No person with a prior felony record shall be permitted a contact visit with Defendant without prior approval by Pretrial Services.

(viii) No person other than law enforcement agents or the custodial private monitoring service shall possess firearms, dangerous weapons, destructive devices or ammunition in or on the premises of Defendant's residence.

(ix) The obligations of the private monitoring company, including but not limited to the "Services to be Provided" section of the undated letter to defense counsel attached hereto, are made a part of this Order.

IT IS SO ORDERED, this 26th day of October, 2007.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Acknowledged:

x _____
Clifford Harris, Jr.

3

AO 72A
(Rev.8/82)