

Mr. Edward Garland
3151 Maple Drive
Atlanta, Georgia 30305

Dear Mr. Garland:

Thank you for inquiry about Judicial Correction Services, Inc. and the services we can offer you and your client Clifford Harris. It is our understanding that you are interested in our company providing a complete home monitoring solutions package.

**ABOUT US**
Judicial Correction Services, Inc has been in business since 2000. We provide probation services, bond order supervision, electronic monitoring, drug test, anger management, and domestic violence intervention courses to over 100 city and county court systems throughout Georgia, Florida, and Alabama. We supervise over 20,000 probationers and defendants per month. Our firm is the exclusive provider for all bond orders and home monitoring for felony cases in Fulton County.

Our company is owned and operated by its three founders. Jarrett S. Gorlin is our President, Dennis Sanders is our Chief Operating Officer, and Robert H. McMichael is our Chairman and CEO. Robert McMichael and Jarrett Gorlin will be the primary individuals responsible for supervising the services described herein.

**MANAGEMENT**
JCS's management team is comprised of dedicated career law enforcement personnel. All of our senior management are Georgia Peace Officer & Standard Training Counsel Certified, have a combined total of 90 plus years of law enforcement experience in the Atlanta community, and are dedicated to this profession. Our teams of experienced and seasoned veterans have created a probation philosophy from years of experience. We are pleased to introduce you to our team.

**Robert H. McMichael, II** has over 35 years experience working in the field of Criminal Justice. He began his career in February 1967 as a Crime Investigator for the Solicitor General (name changed to District Attorney in 1970) of Fulton County (Atlanta Judicial Circuit). He held subsequent positions of increased responsibility including, Special Intelligence Agent, Chief Special Agent, and Special Assistant for Administration until November, 1989 when he took a leave of absence to accept an appointment by then Governor Joe Frank Harris of Georgia as the Interim Sheriff of Fulton County. He served as Interim Sheriff until December 1992, and returned to the District Attorney's Office.

In September 1993 former Senator Sam Nunn of Georgia recommended him to President Bill Clinton for the position of United States Marshal for the Northern District of Georgia. In April 1994 he was nominated by President Clinton. He retired from Fulton

**Judicial Correction Services, Inc**
**\*\*\*34 Peachtree Street, Suite 1000, Atlanta, Georgia 30303\*\*\***



County in June 1994 and was confirmed by the United States Senate, October 1994. He served as U.S. Marshal until August 2002 when he retired.

McMichael is a 4th generation Atlantan and a product of the Atlanta Public Schools. He holds a B.A. Degree in Economics from Morehouse College, with graduate study at Atlanta University (now Clark Atlanta University). He also holds a Juris Doctor Degree from Woodrow Wilson College of Law.

His professional training includes, Basic Peace Officer Training; Atlanta Police Academy, Executive Training and Law Enforcement Coursework; Georgia Police Academy, Criminal Justice Management; Fulton County Public Safety Training Center, and Senior Level Training in Executive Management; U.S. Department of Justice.

**Jarrett S. Gorlin** has over 11 years of law enforcement experience as a Deputy with Fulton County Sheriffs Office and owner and operations manager of one of the largest private probation providers in the country. Mr. Gorlin was born and raised in the Atlanta community. His service to the Fulton County Sheriff's Office has been recognized numerous times by the City, both as a helicopter pilot, and a Deputy. He held the rank of Assistant Chief in the reserve. He is Georgia P.O.S.T. certified as a Peace Officer, General Instructor, Taser Instructor, Field Training Officer, and SWAT trained. Mr. Gorlin is a commercial instrument rated helicopter and airplane pilot. His combination of law enforcement background and business acuity has allowed him to develop operating systems for the Fulton County Sheriff's office to increase their efficiency and job performance during his tenure.

Both Robert McMichael and Jarrett Gorlin will have constant contact and be hands on in the daily monitoring of Clifford Harris.

### SERVICES TO BE PROVIDED

JCS will provide a turn key home monitoring service that will include 24 hours law enforcement presence at the home, electronic GPS ankle monitoring, random drug screening, and documentation of all individuals visiting the home. JCS will provide other services as the requested by the court.

An armed certified Law Enforcement Officer will be posted at the residences 24 hours per day, 7 days a week, including holidays. The officer will act as another level of security to ensure compliance with the courts order. The officer will also maintain a visitor log documenting the comings and goings of any visitor to the property. The law enforcement officer is there as a measure to ensure court compliance not as a security guard.

**Judicial Correction Services, Inc**
***34 Peachtree Street, Suite 1000, Atlanta, Georgia 30303***

Clifford Harris will be outfitted with an electronic GPS ankle monitor that will track all his movements. JCS utilizes the most advanced GPS monitoring system in production today. The system is produced by Secure Alert. The device is a single device. The device has an embedded CPU, GPS, and GPRS/ GSM cellular technology that provides real time active monitoring. The systems allows instant mapping of the offenders location via a web interface. The system also allows the defendant to be called via telephone to the unit if the defendant violates any of the pre-arranged guidelines. Inclusion and exclusions zones can be created anywhere in the world. The system is monitored by a 24 hour monitoring center. Any violations can be emailed, faxed, called, or sent via text messaging to anyone that is requested to be on the distribution list.

Random and periodic drug testing can be done on-site at the defendant's home if requested to do so by the court. Visits to the home by Robert McMichael or Jarrett Gorlin will be done regularly to ensure compliance and that the services provided are being executed exactly how the court wishes.

JCS is capable and willing to provide other services that the court or attorney may request during the course of the monitoring period. JCS realizes that conditions change and modification of this proposal may be needed during the course of the monitoring period.

### COST OF SERVICES

JCS has provided a daily rate for the 24 hour law enforcement officer, electronic GPS monitoring, random drug screens, visitation log, and regular visits by Robert McMichael. The cost of these services on a daily rate is $1,226.00 per day. JCS will require advanced payment of one month. JCS is willing to modify these services as specified by the court by increasing or decreasing the amount of such services at any time during the monitoring periods. If services are decreased, the difference of the amount will be reimbursed to the defendant.

I look forward to speaking with you more. I give you my word and experience that I will personally monitor this program and see that it is completed in a very professional manner for the court, yourself, and your client.

Sincerely,
*Robert H. McMichael*
Robert H. McMichael
Chairman & CEO


**Judicial Correction Services, Inc**
\*\*\*34 Peachtree Street, Suite 1000, Atlanta, Georgia 30303\*\*\*

October 17, 2007                    PAYOFF STATEMENT


Clifford J Harris Jr
429 Creekview Ln
Atlanta, GA 30349


RE: Loan Number: 0035691708              Loan Type:  Conventional
                                         Property Address:
Clifford J Harris Jr                     429 Creekview Ln
429 Creekview Ln
Atlanta GA 30349

As requested, we are providing payoff figures for the above referenced
loan. The payoff must be in the form of guaranteed funds and delivered
to STM Payoff Dept. RVW 3102, 1001 Semmes Avenue, Richmond, VA 23224
by 2:00 p.m. on October 18, 2007. Funds may be wired to SunTrust Bank
for credit to SunTrust Mortgage Inc. account number 201721740,
routing and transit number 061000104. Wired funds must be received
by 12:00 noon on October 18, 2007 and include the borrower's name and
loan number, in the field for further credit.

This loan is due for the November 01, 2007 payment.
The current total unpaid Principal Balance is:      $     758,000.00
Interest at  6.25000%                                       2,206.51
Escrow/Impound Overdraft                                   10,558.80
Recording Fee                                                  10.00
* * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $      770,775.31

Funds received after October 18, 2007 will require additional interest
of $ 129.79 per Day.  Per diem calculations are invalid after month-end.

   You must continue to make your regularly scheduled mortgage
payment when due.  A late charge of $ 197.40 will be assessed
15 days after a current payment is due and should be added to the
the payoff total when applicable.

   Unless otherwise requested in writing, we will continue to pay
all escrow items until payoff funds are received.  Requests to stop
escrow disbursements may be faxed to 804-291-0748.  Any remaining
escrow funds will be refunded to the mortgagor within 30 days.

   These figures are subject to final verification by the Lender.
As short payoffs will be returned, please contact our Customer Service
staff at 1-800-634-7928 to verify the total payoff amount prior to
remitting funds.  Thank you for complying with these instructions.
We appreciate your business and hope we can be of service to you
in the future.

NOTE TO SETTLEMENT AGENTS:  If a fax fee is indicated, it is a fee
charged to you for a service rendered at your request and should not
be charged to the mortgagor.  If this property is being sold, please
provide the mortgagor's forwarding address.


UGR47163C426564

```
Deed Book 39362 Pg  516
Filed and Recorded Feb-07-2005 10:21am
        2005-0066019
Real Estate Transfer Tax $830.30
       Juanita Hicks
   Clerk of Superior Court
    Fulton County, Georgia
```

Return Recorded Document to:
ZION, TARLETON & SISKIN, P.C.
ATTORNEYS AT LAW
2191 NORTHLAKE PARKWAY
TUCKER, GA 30084
R041137

# WARRANTY DEED

STATE OF GEORGIA
COUNTY OF DEKALB

This Indenture made this 31st day of January, in the year Two Thousand and Five, between

**KNC & A HOMES, INC.,**

of the County of FULTON, State of Georgia, as party or parties of the first part, hereinafter called Grantor, and

**CLIFFORD J. HARRIS, JR.,**

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH that: Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 159 OF THE 9F DISTRICT, FULTON COUNTY, GEORGIA, BEING LOT 4 OF CHAMPIONS PARK SUBDIVISION, PHASE I, AS PER PLAT RECORDED IN PLAT BOOK 251, PAGES 22-23, FULTON COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY INCORPORATED HEREIN BY REFERENCE.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

KNC & A HOMES, INC.

BY: _____ (Seal)
TITLE: Tres

_____
Witness

_____
Notary Public

[Notary Seal: MARK J. SISKIN, NOTARY, GEORGIA, EXPIRES SEPT 14, 2008]



| | | |
|---|---|---|
| "steve sadow" <stevesadow@mindspring.com> | To | <Lisa_Enix@gand.uscourts.gov> |
| 10/26/2007 09:40 AM | cc | |
| | bcc | |
| | Subject | clifford harris-property documents |

attached are real estate documents on clifford harris.  call me at office for any clarification.  thanks.

steve sadow
404-577-1400 office
404-242-9440 cell
404-577-3600 fax
www.mindspring.com/~steve8300

----- Message from "Muhammad.Rasheed" <Rasheed.Muhammad@SunTrust.com> on Wed, 17 Oct 2007 16:31:03 -0400 -----

To: "steve sadow" <steve8300@mindspring.com>

cc: "Jonathan E. Leonard" <jleonard@jellaw.net>, "Shelton.Brian" <Brian.Shelton@SunTrust.com>, "Leonard R. Medley III" <leonard@mkalaw.com>

Subject: 2 Tax Assessments for Clifford Harris (Fulton Co. & Henry Co.)



FULTON COUNTY

# TAX BILL

Arthur E. Ferdinand
Tax Commissioner
Fulton County, Georgia

141 Pryor Street
Atlanta, Georgia 30303
(404) 730-6100

| Property Owner | Parcel Identification | Description | User |
|---|---|---|---|
| HARRIS CLIFFORD J JR | 09F-3900-0159-234-4 | Real Estate | IWR |

Tax District: 55

| Property Address | Account Number | Current Fair Market Value | Current Assessed Value |
|---|---|---|---|
| 429 CREEKVIEW LN | 6036519 | 794,000 | 317,600 |

City **Exemption:** 0.00
County Exemption: 0.00
City Sales Tax Credit: $.00                         County Sales Tax Credit: $439.88

| Tax Year | Cycle  | Principal Amount      | Interest | Penalty  | Fees | Total     |
|----------|--------|-----------------------|----------|----------|------|-----------|
| 2007     | Fulton | 10,887.65             | 108.88   | 0.00     | 0.00 | 10,996.53 |
| 2006     | Fulton | 11,267.62             | 1,464.79 | 1,126.76 | 0.00 | 13,859.17 |
| 2005     | Fulton | 0.00                  | 0.00     | 0.00     | 0.00 | 0.00      |
| 2004     | Fulton | FIFA TRANSFERRED/SOLD |          |          |      |           |

                    Grand Total Due              $24,855.70

**Mailing Address**

HARRIS CLIFFORD J JR
429 CREEKVIEW LN
COLLEGE PARK GA 30349
,

Property owners with current legal matters, such as bankruptcy or foreclosure, must contact the Tax Commissioner's office at (404) 730-6100 for the official balance due on their parcel(s).

Information is updated at 3 a.m. each business day and is deemed reliable, but not guaranteed.

Pay This Parcel

About Delinquent Taxes/Foreclosures  |  Return to Search Results

October 17, 2007                PAYOFF STATEMENT


Clifford Harris
3309 Lost Valley Dr
Jonesboro, GA 30236


RE: Loan Number: 0038348660              Loan Type:  Conventional
                                         Property Address:
Clifford Harris                          3309 Lost Valley Dr
3309 Lost Valley Dr
Jonesboro GA 30236

As requested, we are providing payoff figures for the above referenced
loan.  The payoff must be in the form of guaranteed funds and delivered
to STM Payoff Dept. RVW 3102, 1001 Semmes Avenue, Richmond, VA 23224
by 2:00 p.m. on October 18, 2007.  Funds may be wired to SunTrust Bank
for credit to SunTrust Mortgage Inc. account number 201721740,
routing and transit number 061000104.  Wired funds must be received
by 12:00 noon on October 18, 2007 and include the borrower's name and
loan number, in the field for further credit.

This loan is due for the November 01, 2007 payment.
The current total unpaid Principal Balance is:        $   2,942,872.66
Interest at  6.50000%                                         8,909.24
Recording Fee                                                    10.00
* * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $      2,951,791.90

Funds received after October 18, 2007 will require additional interest
of $ 524.07 per Day.  Per diem calculations are invalid after month-end.

   You must continue to make your regularly scheduled mortgage
payment when due.  A late charge of $ 797.03 will be assessed
15 days after a current payment is due and should be added to the
the payoff total when applicable.

   Unless otherwise requested in writing, we will continue to pay
all escrow items until payoff funds are received.  Requests to stop
escrow disbursements may be faxed to 804-291-0748.  Any remaining
escrow funds will be refunded to the mortgagor within 30 days.

   These figures are subject to final verification by the Lender.
As short payoffs will be returned, please contact our Customer Service
staff at 1-800-634-7928 to verify the total payoff amount prior to
remitting funds.  Thank you for complying with these instructions.
We appreciate your business and hope we can be of service to you
in the future.

NOTE TO SETTLEMENT AGENTS:  If a fax fee is indicated, it is a fee
charged to you for a service rendered at your request and should not
be charged to the mortgagor.  If this property is being sold, please
provide the mortgagor's forwarding address.

UGR47163C426564

BOOK PAGE
009810 0062

DOC# 060561
FILED IN OFFICE
12/08/2006 04:27 PM
BK:9810 PG:62-62
JUDITH A LEWIS
CLERK OF SUPERIOR COURT
HENRY COUNTY

REAL ESTATE TRANSFER TAX
PAID: $4260.00

Env

Return Recorded Documents to:
LAW OFFICES OF LEONARD R MEDLEY III, LLC
2839 PACES FERRY RD
SUITE 850
ATLANTA, Georgia 30339

## WARRANTY DEED

State of Georgia
County of Henry

PT-61 075-2006-15898

File #: 200610072

This indenture made this 27th day of November, 2006 between GOPAL C. RAO, of the County of Henry, State of Georgia, as party or parties of the first part, hereinunder called Grantor, and CLIFFORD HARRIS, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context require or permits).

WITNESSETH that: Grantor, for and inconsideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 9 OF THE 12TH DISTRICT, HENRY COUNTY, GEORGIA, AND BEING LOT 4, BLOCK A OF LAKE SPIVEY ESTATES, BAYVIEW SUBDIVISION, UNIT III, AS SHOWN ON A PLAT OF SURVEY OF LAKE SPIVEY ESTATES, BAYVIEW SUBDIVISION, UNIT III PREPARED BY ESTON PENDLEY, DATED 4/18/86, AND REVISED 11/14/86, FILED FOR RECORD AT PLAT BOOK 13, PAGE 207, HENRY COUNTY, GEORGIA RECORDS. THE DESCRIPTION OF THE PROPERTY AS CONTAINED ON SAID PLAT OF SURVEY IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above-described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

_____ _____ (SEAL)
Witness                  GOPAL C. RAO

_____ _____ (SEAL)
Notary Public
(AFFIX NOTARIAL SEAL)
Commission Expires: 8/4/07

_____ (SEAL)

_____ (SEAL)



# HENRY COUNTY PROPERTY TAX INFORMATION

## 2007 Property Tax Statement

[Print this Page]

Andy Pipkin
Henry County Tax Commissioner
140 Henry Parkway
Post Office Box 488
McDonough, GA 30253
www.co.henry.ga.us
**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
Henry County Tax Commissioner

HARRIS CLIFFORD
3309 LOST VALLEY DR

**RETURN THIS PORTION WITH PAYABLE**
(1% interest per month will be added if not paid by due date)

Map Code:        013A01081000       Good through:   11/20/2007
Last payment:    10/5/2007          Printed:        10/26/2007
Location:        3309 LOST VALLEY DR

If your bill shows BACK TAXES DUE, payments received will be applied to the OLDEST BILL.

1% interest, per month, on the unpaid principal, will be added if not paid by due date, beginning 11-12-07.

A 10% PENALTY (of the original Principal) will be applied to any bill 90 days past due.

You can pay your taxes ONLINE @ www.co.henry.ga.us.
If you have questions regarding Stormwater Fees call 770-288-7246 - Unincorporated; 770-957-3915 City of McDonough; 770-389-7067 City of Stockbridge.

---

Andy Pipkin
Henry County Tax Commissioner
140 Henry Parkway
Post Office Box 488
McDonough, GA 30253
www.co.henry.ga.us

Phone: 770.288.8180   Fax: 770.288.8158

Tax Payer:    HARRIS CLIFFORD
Map Code:     013A01081000         REAL
Description:  LLot: 9 LDist: 12 Lot: 4 Block: A
Location:     3309 LOST VALLEY DR
Bill No:      29721
District:     001 UNINCORPORATED

| Building Value | Land Value | Acres | Fair Market Value | Due Date | Billing Date | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|
| $1,353,100.00 | $225,000.00 | 0 | $1,578,100.00 | 11/15/2007 | N/A | 11/20/2007 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| STATE TAX | $1,578,100.00 | $631,240.00 | $0.00 | $631,240.00 | 0.25 | $157.81 | $0.00 | $157.81 |
| HENRY COUNTY TAX | $1,578,100.00 | $631,240.00 | $0.00 | $631,240.00 | 14.37 | $9,070.92 | $0.00 | $7,069.89 |
| COUNTY SALES TAX CREDIT | | | | $631,240.00 | -3.17 | $0.00 | ($2,001.03) | $0.00 |

https://hcwebb.boca.co.henry.ga.us/webtip/TaxBillx.aspx?id=013A01081000%20%20%20%20%20%20%20%20&tax_year=2...   10/26/2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COUNTY SCHOOL M&O | $1,578,100.00 | $631,240.00 | $0.00 | $631,240.00 | 20 | $12,624.80 | $0.00 | $12,624.80 |
| COUNTY SCHOOL BOND | $1,578,100.00 | $631,240.00 | $0.00 | $631,240.00 | 3.06 | $1,931.59 | $0.00 | $1,931.59 |
| COUNTY WATER | $1,578,100.00 | $631,240.00 | $0.00 | $631,240.00 | 2 | $1,262.48 | $0.00 | $1,262.48 |
| HOSPITAL | $1,578,100.00 | $631,240.00 | $0.00 | $631,240.00 | 1 | $631.24 | $0.00 | $631.24 |
| STORMWATER MGMT FEE-C0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $39.83 | $0.00 | $39.83 |
| TOTALS | | | | | 37.51 | $25,718.67 | ($2,001.03) | $23,717.64 |

| | |
|---|---|
| Current Due | $23,717.64 |
| Penalty | $0.00 |
| Interest | $0.00 |
| Other Fees | $0.00 |
| Previous Payments | $23,717.64 |
| Back Taxes | $0.00 |
| **TOTAL DUE** | $0.00 |

Close Window    Print this Page