FILED IN CHAMBERS
U.S.D.C.   Atlanta

OCT 2 6 20\_\_

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:07-CR-344-CAP-AJB |
| | ) |
| CLIFFORD HARRIS, JR., | ) |
| a/k/a T.I., a/k/a CHARLES | ) |
| HARRIS | ) |

## PROTECTIVE ORDER

Pursuant to an agreement between the United States and the Defendant, the Court finds good cause to issue a protective order in the above-styled case.

An indictment was returned in this case charging the Defendant with certain firearms offenses. This case has generated media interest due to the profession of the Defendant. The Court is aware that the Government utilized an informant in the investigation of this case. The parties have agreed that the informant's identity should not be disclosed to guard against any improper contact.

Accordingly, the Court orders that:

1. The Defendant shall not disclose in any way, including orally, electronically or in writing, the contents of the discovery provided by the Government where such disclosure includes the identity or

identifying information of the informant to anyone, except the Court under seal, including but not limited to the media;

2. Counsel for the Defendant, and any employee of counsel, shall not disclose in any way, including orally, electronically or in writing, the contents of the discovery provided by the Government where such disclosure includes the identity or identifying information of the informant to anyone, except the Court under seal, including but not limited to the media;

3. Any pleadings disclosing the identity or identifying information of the informant shall be filed with the Court under seal; and

4. The Government shall not disclose in any way, including orally, electronically or in writing, the contents of the discovery provided by the Government where such disclosure includes the identity or identifying information of the informant to anyone, except the Court under seal, including but not limited to the media;

SO ORDERED this 26th day of October, 2007.

_____
Alan J. Baverman
United States Magistrate Judge

2