# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA** :
:
: **CRIMINAL ACTION FILE**
**vs.** : **NO. 1:07-CR-344**
:
**CLIFFORD HARRIS, Jr.,** :
    **Defendant.** :

## MOTION TO ALLOW ACCESS BY MAINTENANCE
## TO DEFENDANT'S PROPERTY

COMES NOW, the Defendant, through counsel, and requests the Court to allow the following entities access to the Defendant's property, to wit:

1.

Yard maintenance workers, pool maintenance workers, and housekeeping services;

2.

Counsel has spoken with Mr. M$^{c}$Michael of the monitoring service and Counsel's request can be accommodated by the monitoring service.

3.

Counsel will submit to pre-trial services at least 24 hours in advance the names of any of the aforementioned entities that will arrive to provide services and said services will be provided between the hours of 9:00 a.m. through 6:00 p.m.

4.

Counsel has notified the Government (AUSA Todd Alley) of this request prior to filing the same. Upon information and belief the Government does not oppose this request.

This 6th day of November 2007.

Respectfully,

/s/ Dwight L. Thomas

|  |  |
|---|---|
| 1745 Martin Luther King Jr. Dr. | DWIGHT L. THOMAS |
| Atlanta, Georgia 30314 | Attorney at Law |
| (404) 522-1400 | Georgia Bar No. 704825 |

/s/ Steve Sadow

|  |  |
|---|---|
| 260 Peachtree Street NE | STEVE SADOW |
| Suite 2502 | Attorney at Law |
| Atlanta, Georgia 30303 | Georgia Bar No. 622075 |
| (404) 577-1400 |  |

/s/ Edward T. Garland

|  |  |
|---|---|
| 3151 Maple Drive, N.E. | Edward T. Garland |
| Atlanta, Georgia 30305 | Attorney at Law |
| (404) 262-2225 | Georgia Bar No. 284900 |

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL ACTION FILE |
| vs. | : NO. 1:07-CR-344 |
| | : |
| CLIFFORD HARRIS, Jr., | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing *MOTION TO ALLOW ACCESS BY MAINTENANCE TO DEFENDANT'S PROPERTY* using the ECF system which will send notification of such filing to the following: AUSA Todd Alley.

This 6th day of November, 2007.

                                            Respectfully,

                                            /s/ Dwight L. Thomas

1745 Martin Luther King Jr. Dr.    DWIGHT L. THOMAS
Atlanta, Georgia 30314              Attorney at Law
(404) 522-1400                         Georgia Bar No. 704825

                                            /s/ Steve Sadow
260 Peachtree Street NE            STEVE SADOW
Suite 2502                                   Attorney at Law
Atlanta, Georgia 30303              Georgia Bar No. 622075
(404) 577-1400

3151 Maple Drive, N.E.  /s/ Edward T. Garland
Atlanta, Georgia 30305  Edward T. Garland
(404) 262-2225  Attorney at Law
  Georgia Bar No. 284900