IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL ACTION FILE |
| vs. | : NO. 1:07-CR-344 |
| | : |
| CLIFFORD HARRIS, Jr., | : |
| Defendant. | : |

WITHDRAWAL OF MOTION TO ALLOW DEFENDANT'S
FAMILY TO VISIT AND HAVE THANKSGIVING DINNER
WITH DEFENDANT AS A FAMILY GATHERING

The Defendant, through counsel, states as follows:

1.

That the Defendant has honored and abided by all terms and conditions of his release.

2.

That the Defendant intends to continue abiding by all terms and conditions of his release.

3.

That Counsel spoke with the Government prior to filing said motion and there was no concurrence, nor was there any immediate opposition to the Defendant's motion.

4.

Had Counsel been informed prior to filing of the Government's opposition to Defendant's request to spend time with his family on Thanksgiving Day at his home Counsel would not have pursued the request.

5.

In light of the Government's opposition said motion is withdrawn.

This 8th day of November 2007.

Respectfully,

| | |
|---|---|
| | /s/ Dwight L. Thomas |
| 1745 Martin Luther King, Jr. Dr. | DWIGHT L. THOMAS |
| Atlanta, Georgia 30314 | Attorney for Defendant |
| (404) 522-1400 | Georgia Bar No. 704825 |
| | |
| | /s/ Steve Sadow |
| 260 Peachtree Street NE | STEVE SADOW |
| Suite 2502 | Attorney for Defendant |
| Atlanta, Georgia 30303 | Georgia Bar No. 622075 |
| (404) 577-1400 | |
| | |
| 3151 Maple Drive, N.E. | /s/ Edward T. Garland |
| Atlanta, Georgia 30305 | EDWARD T. GARLAND |
| (404) 262-2225 | Attorney for Defendant |
| | Georgia Bar No. 284900 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL ACTION FILE |
| vs. | : NO. 1:07-CR-344 |
| | : |
| CLIFFORD HARRIS, Jr., | : |
| Defendant. | : |

CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing *WITHDRAWAL OF MOTION TO ALLOW DEFENDANT'S FAMILY TO VISIT AND HAVE THANKSGIVING DINNER WITH DEFENDANT* AS *A FAMILY GATHERING* using the ECF system which will send notification of such filing to the following: AUSA Todd Alley.

This 8th day of November, 2007.

Respectfully,

|  |  |
|---|---|
|  | /s/ Dwight L. Thomas |
| 1745 Martin Luther King, Jr. Dr. | DWIGHT L. THOMAS |
| Atlanta, Georgia 30314 | Attorney for Defendant |
| (404) 522-1400 | Georgia Bar No. 704825 |
|  |  |
|  | /s/ Steve Sadow |
| 260 Peachtree Street NE | STEVE SADOW |
| Suite 2502 | Attorney for Defendant |
| Atlanta, Georgia 30303 | Georgia Bar No. 622075 |
| (404) 577-1400 |  |
|  |  |
| 3151 Maple Drive, N.E. | /s/ Edward T. Garland |
| Atlanta, Georgia 30305 | EDWARD T. GARLAND |
| (404) 262-2225 | Attorney for Defendant |
|  | Georgia Bar No. 284900 |