# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION FILE** |
| : | **NO. 1:07-CR-344-CAP/AJB** |
| **CLIFFORD J. HARRIS, JR.,** : | |
| a/k/a "T.I.", : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

The parties have agreed that prior to the Suppression Hearing currently scheduled for January 3, 2008 further exchange of discovery is required. With the agreement of counsel, and for good cause shown;

**IT IS HEREBY ORDERED** that the Suppression Hearing is re-scheduled for **Tuesday, February 19, 2008 at 10:00 a.m.**, before the undersigned Magistrate Judge in Courtroom No. 1875, 18th Floor, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. The defense acknowledges that the time between January 3, 2008 and February 19, 2008, is excludable pursuant to § 3161(h)(8) of the Speedy Trial Act.

**SO ORDERED**, this 2nd day of January, 2007.

ALAN J. BAVERMAN  
UNITED STATES MAGISTRATE JUDGE