# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL ACTION FILE |
| vs. : | NO. 1:07-CR-344 |
| : | |
| CLIFFORD HARRIS, Jr., : | |
| Defendant. : | |

## MOTION TO ALLOW DEFENDANT TO ATTEND
## MARCH 23, 2008 EASTER SERVICE

**COMES NOW** the Defendant, through Counsel, and moves this Court to allow him to attend Easter religious services on March 23, 2008, and as follows:

(1)

That Defendant's pre-trial bond conditions be modified for March 23, 2008 to allow the Defendant to attend an Easter Service sponsored by New Birth Missionary Baptist Church at the Georgia Dome (or at New Birth Church if the Georgia Dome is unavailable due to tornado damage).

(2)

That Defendant be allowed to leave his home on March 23, 2008 no later than 8:30 a.m. to return no later than 2:00 p.m. on March 23, 2008.

(3)

That Defendant be accompanied by a Court ordered and Court approved monitor.

(4)

That Defendant will be accompanied by at least one (1) Attorney from his defense team.

(5)

The undersigned Attorney has discussed this request with the Government and the Government does not oppose the same.

This 19th day of March, 2008.

Respectfully,

| | |
|---|---|
| | /s/ Dwight L. Thomas |
| 1745 Martin Luther King Jr. Dr. | DWIGHT L. THOMAS |
| Atlanta, Georgia 30314 | Attorney at Law |
| (404) 522-1400 | Georgia Bar No. 704825 |

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL ACTION FILE |
| vs. | : NO. 1:07-CR-344 |
| | : |
| CLIFFORD HARRIS, Jr., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing *MOTION TO ALLOW DEFENDANT TO ATTEND MARCH 23, 2008 EASTER SERVICE* using the ECF system which will send notification of such filing to the following:

Honorable Sally Yates,
Assistant United States Attorney
United States District Court
Northern District of Georgia
75 Spring Street, 5th Floor
Atlanta, GA 30303

Honorable Todd Alley
Assistant United States Attorney
United States District Court
Northern District of Georgia
75 Spring Street, 5th Floor
Atlanta, GA 30303

Honorable Francey Hakes
Assistant United States Attorney
United States District Court
Northern District of Georgia
75 Spring Street, 5th Floor
Atlanta, GA 30303

Attorney Steve Sadow, Co-counsel
260 Peachtree Street, NE, Ste. 2502
Atlanta, GA 30300

Attorney Ed Garland, Co-counsel
3151 Maple Drive, NE
Atlanta, GA 30305

Attorney Don Samuel, Co-counsel
3151 Maple Drive, NE
Atlanta, GA 30305

Attorney Janice Singer, Co-counsel
3151 Maple Drive, NE
Atlanta, GA 30305

    This 19th day of March, 2008.

                                Respectfully,

                                /s/ Dwight L. Thomas
1745 Martin Luther King Jr. Dr.    DWIGHT L. THOMAS
Atlanta, Georgia 30314              Attorney at Law
(404) 522-1400                        Georgia Bar No. 704825

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **CRIMINAL ACTION FILE** |
| **vs.** | : **NO. 1:07-CR-344** |
| | : |
| **CLIFFORD HARRIS, Jr.,** | : |
| **Defendant.** | : |

## PROPOSED ORDER

The Defendant's motion to attend Easter Services on March 23, 2008 having been read and considered; there being no objection by the Government; It is hereby granted as follows:

(1)

The Defendants' pretrial conditions of bond are modified only for March 23, 2008 to allow the Defendant to travel to the Georgia Dome ( or to New Birth Church in Lithonia, Georgia, if the Georgia Dome is unavailable due to tornado damage) to attend Easter Services sponsored by New Birth Missionary Baptist Church;

(2)

On March 23, 2008 the Defendant shall travel to the Easter service with a Court ordered and approved monitor and shall leave his home no later

than 8:30 a.m. and to return to his home no later than 2:00 p.m. on March 23, 2008.

(3)

The Defendant will also be accompanied by an Attorney from the defense who will be with the Defendant while the Defendant attends the requested Easter Service.

(4)

The Defendant shall abide by all other terms and conditions of pre-trial release not inconsistent with this request for Easter Service attendance on March 23, 2008.

This 19th day of March, 2008.

_____
Honorable Alan Baverman, Judge
United States Magistrate for
Northern District of Georgia