**ORIGINAL**



FILED IN OPEN COURT
U S D C

MAR 27 2008

JAMES N. HATTEN
By: /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL INFORMATION |
| : | NO. 1:07-CR-344-CAP |
| CLIFFORD J. HARRIS, JR., : | Superseding |
| a/k/a "T.I.," a/k/a Charles : | |
| Harris : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about October 13, 2007, in the Northern District of Georgia, the defendant, CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a Charles Harris, did knowingly receive and possess firearms, to-wit: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411; an SWD Inc., 9mm silencer, bearing serial number N767; a Military Armament Corp., 9mm silencer, bearing serial number S2-2001231, which were not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## COUNT TWO

On or about October 13, 2007, in the Northern District of Georgia, the defendant, CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a Charles Harris, did knowingly and unlawfully possess machine guns, to-wit: an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561; an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212; and an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411, all in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE

On or about October 13, 2007, in the Northern District of Georgia, the defendant, CLIFFORD J. HARRIS, JR., a/k/a T.I., a/k/a Charles Harris, having been convicted in June 1998 in the Superior Court of Cobb County Georgia of Violation of the Georgia Controlled Substances Act, that is, Possession With Intent To Distribute Cocaine, in case number 98-0533-05, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to-wit:

1) an Ingram, Model M-10, 9mm caliber machine gun, bearing serial number 2-3005561;

2) an SWD Inc., Model M-11, 9mm caliber machine gun, bearing serial number 86-0008212;

3) an H&K, Model SP89, 9mm caliber machine gun, bearing serial number 21-17411;

4) an SWD Inc., 9mm silencer, bearing serial number N767;

5) a Military Armament Corp., 9mm silencer, bearing serial number S2-2001231;

6) an H&K, Model USP Compact, .40 caliber pistol, bearing serial number 26-088326;

7) a Springfield Armory U.S.A., Model XD-45ACP, .45 caliber pistol, bearing serial number US694153;

8) a Colt, Model Carbine, 5.56 mm caliber rifle, bearing serial number LEO33297;

9) a Century International Arms, Model AK Pistol, 7.62x39 mm caliber pistol, bearing serial number AK P01683;

10) a DPMS, Panther Arms, Model LR-308, .308 caliber rifle, bearing serial number 14056;

11) a Bushmaster, Model Carbon 15, .223 mm caliber pistol, bearing serial number D07159;

12) a Colt, Model Anaconda, .44 magnum caliber revolver, bearing serial number MM70228; and

13) a Calico, Model Liberty III, 9 mm caliber pistol, bearing serial number B004397, all in violation of Title 18, United States Code, Section 922(g).


DAVID E. NAHMIAS
UNITED STATES ATTORNEY


*/s/ John C. Alley*

TODD C. ALLEY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 012321

*/s/ Francey Hakes*

FRANCEY HAKES
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 317420

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000