FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MAR 3 1 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE # 1:07-CR-344 CAP |
| | ) | |
| CLIFFORD J. HARRIS | ) | |
| | ) | |
| Defendant. | ) | |

**PLEA OF GUILTY - March 27, 2008**

**BEFORE THE HON. CHARLES A. PANNELL**

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | Mr. David Nahmias |
| | Ms. Sally Yates |
| | Mr. Thomas Devlin |
| | Mr. Todd Alley |
| | Ms. Francey Hakes |

| | |
|---|---|
| FOR THE DEFENDANT: | Mr. Steven Sadow |
| | Mr. Dwight Thomas |
| | Mr. Edward T.M. Garland |
| | Mr. Donald F. Samuel |
| | Ms. Janice A. Singer |
| | Ms. Jan Harrell |

Reported by:
Martha J. Frutchey
U.S. District Reporter
Room 2314, United States Courthouse
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 215-1573