February 2, 2009

Ms. Regena MartinMs. Lisa Enix
Courtroom Deputy ClerkCourtroom Deputy Clerk
Honorable Charles A. Pannell, Jr.Honorable Alvin J. Baverman
75 Spring Street, S.W.75 Spring Street, S.W.
Atlanta, Georgia  30303Atlanta, Georgia  30303

Re:*United States v. Clifford J. Harris, Jr.*
Case No. 1:07-CR-344-CAP-AJB
**NOTICE OF LEAVE OF ABSENCE**

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa., that I will be out of the office:

May 16-May 30, 2009

I am requesting that the above-styled case not be calendared during the period of my absence.

Sincerely,

*/s/ Steven H. Sadow*
Steven H. Sadow
Attorney for Defendant

SHS:cmp
cc:  AUSA Frances Hakes