## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO. 1:07-CR-344-CAP** |
| | : | |
| **CLIFFORD J. HARRIS, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S SENTENCING MEMORANDUM

Pursuant to the plea agreement, Clifford Harris, Jr. a/k/a "T.I.," has completed 262 different community service events, earning 1,006 hours of credit, as of the end of February, 2009.   In addition to meeting his commitment to complete 1,000 hours of community service before sentencing, Mr. Harris has complied with all the stringent requirements of his plea agreement and bond conditions.  Specifically, Mr. Harris submitted to 24/7 electronic GPS monitoring; obtained pre-approval for all visitors to his residences and vehicles; refrained from all alcohol use; avoided all bars and nightclubs, except when performing a contractually obligated paid performance or appearance; abided by his court-ordered curfew; obtained pre-approval before traveling outside the Northern District of Georgia; submitted to random drug screening; and was accompanied by

a court-appointed monitor at all times.  In compliance with his plea agreement, Mr. Harris has provided the Court and the Government with timely, monthly reports detailing his progress towards completing his community service and home detention requirements.  Mr. Harris has served 300 days of home confinement (as of the end of February, 2009).  He also will pay the $100,000 fine and the special assessment at sentencing.

Immediately after the public announcement of his plea agreement, requests for Mr. Harris to speak began pouring in.  Mr. Harris embraced his community service requirement, and completed 40 separate community service events in April 2008, the first full month after the plea agreement.

Over 11 months Mr. Harris has visited 25 different states and spoken to tens of thousands of teens and adults.  These community service programs have received universal acclaim from the participants, and the parents and supervisors who attended.  Skeptical teachers and organizers have expressed amazement at Mr. Harris's ability to communicate with the teenagers – many of whom are at risk of succumbing to illicit drug use, dropping out of school, or engaging in anti-social behavior, including violence and gang-activity.  Any initial skepticism quickly evolved into applause and, countless times, parents, teachers and community activists have highly recommended Harris to counterparts in other cities.  Mr.

2

Harris combines three characteristics that make him remarkably successful at these programs:  first, he is idolized by the teenagers to whom he speaks; second, his own history of turning his life around and rising above the hurdles of poverty and crime provide a "he knows what he's talking about" atmosphere to his message; third, he is a remarkably charismatic speaker who literally mesmerizes his audience.

The community service events which he has performed fall into one of three categories: Public Appearances, Public Service Announcements and Mentoring.

## I.    PUBLIC APPEARANCES

The vast majority of Mr. Harris's community service events, *189*, were Public Appearances.  These events involved a speech followed by a question and answer session.  Mr. Harris made the question and answer session a mandatory part of every public appearance he did, in order to give a voice to the children and teenagers in attendance.  Mr. Harris visited 58 schools, 12 Boys and Girls Clubs, 9 churches and many more community and non-profit organizations.  Usually, Mr. Harris's appearance was promoted in advance of the actual event to get as many kids as possible to attend; attendance at these events ranged from 30 people to over

1,000.  At Weaver High School in Hartford, Connecticut, 300 students waited for an hour after school had been dismissed to hear Mr. Harris speak.  His message wasn't the same at each appearance, but usually focused on one or all of these themes:

1. Importance of getting an education and staying in school through graduation
2. Self-respect
3. Promoting abstinence and safe sex
4. Staying away from guns, gangs and violence
5. Saying "No" to drugs and alcohol
6. Seeking out positive influences and people
7. Setting goals and being willing to work hard to achieve those goals
8. Sharing his life story and the mistakes he's made

In Oakland, California, Mr. Harris participated in the Cultural Celebration of Peace at Cole Middle School on December 9, 2008, organized by Restorative Justice for Oakland Youth.  The event was organized in response to an incident where a student brought a gun to school which accidentally discharged in a classroom, traumatizing students and staff.  Mr. Harris's presence at the event was powerful -- over a month later the principal of the school said the students were still speaking about it.

Georgia Governor-appointed Commissioner Albert Murray granted Mr. Harris full access to all Department of Juvenile Justice ("DJJ") facilities throughout the state of Georgia. Mr. Harris has visited two locations, the Muscogee Youth Development Center (Columbus, Ga.) under the direction of Mr. William Samuel and the DeKalb Regional Youth Detention Center under the direction of Mr. Edward Boyd. These events were coordinated with Phyllis Hall, Program Coordinator.  At these DJJ facilities, Mr. Harris spoke to over 200 kids on the importance of their education, Teen on Teen Violence and life skills.  The teenagers asked questions about his situation and how they could become a productive citizen. Both Directors were very impressed and requested that Mr. Harris comes back in the future.

In February 2009, Mr. Harris was one of two guest speakers at an event hosted by Chief Justice Leah Ward Sears at the Supreme Court of Georgia.  Mr. Harris spoke to 160 teenagers from high schools around the state, as well as two juvenile courts.  About half of these teenagers were serving juvenile sentences.  He emphasized to them learning from their mistakes and told them that nobody is too rich, famous, cool, or good-looking to make mistakes. As in his other speeches, he insisted that completing school was the key to success and that hard work, even in hard times, will always be rewarded.  The Chief Justice was grateful for Mr.

Harris's participation and praised his honesty and humility. In her opinion, the program was so worthwhile that her staff has approached the Department of Education about using the videotape of the program as a teaching tool in Georgia schools. Exhibit A.

At the Booker T. Washington Community Center in Macon, Georgia, Mr. Harris spoke to a capacity crowd of 200 people, while another 300 waited outside. He disabused the teenagers of the notion that celebrities don't have to deal with consequences when they violate the law and he told them that he was living proof that you could leave it all behind. A high school freshman who attended the event said Mr. Harris was an "inspiration."

On March 14, 2009, Mr. Harris and The K.I.N.G. Foundation hosted the 1st Annual "Give Back Your Gun Day" in Houston Texas. The K.I.N.G. Foundation partnered with The Houston Police Department, Texas Southern University, The Youth Chapter of the Houston NAACP, The Houston Crime Coalition and the Peacekeepers of Houston to organize the rally. Mr. Harris addressed approximately 450 young people on the negative effects of possessing illegal firearms and the responsibility everyone must take to make our communities safer. Mr. Harris was joined at the community rally by several Houston City Council members: Jarvis Johnson, Al Green, Ron Green, Peter Brown and Wanda Adams

and community leader Dr. D.Z. Cofield of Good Hope Missionary Baptist Church and the President of Texas Southern University, Dr. John M. Rudley. In recognition for organizing the rally, Houston Congresswoman Sheila Jackson-Lee awarded Mr. Harris with a Congressional Award of Recognition from the United States House of Representatives for organizing the event.

Mr. Harris visited several schools and community organizations in the Los Angeles, California area. Although, in some cases, months have passed since Mr. Harris's appearance the morale continues to remain high with students still talking about his visit. Students who weren't taking their education seriously are now striving to be better students; many of them feel that if Mr. Harris can make it, so can they. The students felt honored and privileged that he would take time out of his schedule to not only speak with them, but that he would come to their school, a place where someone of his caliber isn't expected to appear. On some occasions, kids visited Mr. Harris on the set of the movie he was filming last fall. Seeing Mr. Harris at work helped some kids realize the artistic ability and creative expression that was within them; it was an experience they will never forget.

## II.   IMPACT

Mr. Harris has received numerous heart-felt letters thanking him for his community service efforts. Here are a few quotes from these letters:

7

"T.I., your presentation was outstanding.  I appreciate your willingness to just be yourself and call it like you see it.  Your message was frank, pure, noble and refreshing.  You have the courage to carefully search your soul, oftentimes wrestling with demons that the rest of us are terrified to disturb.  I am sure that you touched many young lives."  *Chief Justice Leah Ward Sears, Supreme Court of Georgia, Atlanta, Georgia.* Exhibit B.

"I applaud Mr. Harris for his candid powerful messages about drugs, gang violence and staying focused on being the best that they can be without turning to criminal activities. . . No matter where Mr. Harris spoke in DeKalb County, the youth were very excited by his presence.  The youth of DeKalb will never forget Mr. Harris's special visit." *Commissioner Lee N. May, II, DeKalb County Board of Commissioners, Decatur, Georgia.* Exhibit C.

"After Mr. Harris's visit, many of the young men and women said that they appreciated the straight talk and his sense of wisdom.  He talked to them about good choices versus bad choices and their responsibility to their communities.  Indeed, Mr. Harris was a big hit with the youth." *The Honorable Jimmie M. Edwards, Circuit Judge, Twenty-Second Judicial Circuit of Missouri, St. Louis, Missouri.* Exhibit D.

"Mr. Harris spoke openly about his life experiences, good and bad and how they molded him into the person he is today.  Many of the experiences mentioned by him were ones that the youth of Fulton County Juvenile Court face day to day . . . Mr. Harris is someone that does understand their struggles and he made that very clear.  The youth were receptive and very attentive to the advice and insight Mr. Harris had to offer.  They were not hesitant in asking him about his life experiences and how they could make better choices." *Brandi S. Reeves, Staff Attorney, Fulton County Juvenile Court, Atlanta, Georgia.* Exhibit E.

"Clifford "TI" Harris is a wonderful example of how a man on a path of self destruction can be reformed into a man of integrity.  He now walks with great humility and is truly a powerful agent of change in the lives of many people." *Bishop Eddie L. Long, Senior Pastor, New Birth MBC, Lithonia, Georgia.*  Exhibit F.

"On Friday, April 4, 2008, I've heard the loudest cheer in my ten years at Lindley Middle School!  Students really listened to the message that Mr. Clifford Harris delivered." *Landon Brown, II, Principal, Lindley Middle School, Mableton, Georgia*.  Exhibit G

"This morning, I dropped in one of the ninth grade classes where students where actively engaged in a discussion of Mr. Harris's comments.  It was so

refreshing to hear them speak so passionately about the message that they heard. They all said that the big difference was that, 'It was T.I. talking to them and not people who don't know what's out there and what's really going on'." *JoAnn Williams-West, Principal, Cedar Grove High School, Ellenwood, Georgia.* Exhibit H.

"[Mr. Harris's] presentation on the importance of making positive choices, the impact negative decisions have on our futures, and the differences between reality and the world of entertainment had a positive impact on all those who participated." *Chris Harris, Founder, Midtown Family Activities Center, Kansas City, Missouri.* Exhibit I.

"As [Mr. Harris] spoke, I watched the kids as they sat mesmerized by your every word.  I applaud you for the honesty in your words, the sincerity of your words, and the way that you made each and every Participant feel as though all was not lost because of their circumstance or because they made a poor choice in their young lives." *George H. Varnadoe, Jr., CEO/Founder, U-Turn Alcohol & Drug Education Program, Los Angeles, California.* Exhibit J.

"The speech [T.I.] made to my football team about respect, responsibility and making the right choices was sincere . . . The kids were truly inspired and motivated.  This was reflected in the way the team practiced and in the way they

came to school today.  Some of the most troubled kids came to school with a new attitude and outlook on life." *Ms Cobb, Principal, Whaley Middle School, and Mr. Nunley, Language Arts Teacher, Whaley Middle School, Compton, California.* Exhibit K.

"The teens of Houghton Park walked away with a rewarding and warmth feeling that anything is possible.  TIP hit it on the mark by emphasizing education, sacrifice, and investment and to get a firm grip on reality." *Easther Mulipole, Houghton Park Community Center, Long Beach, California.* Exhibit L.

"We enjoyed [Mr. Harris's] speech on self-respect and respecting others . . . Several students commented on the fact that his speech was exactly what they needed to hear at this point in their lives.  Others commented on how elevated their spirits were from hearing him speak." *Janice V. Morgan, 6th Grade Social Studies Teacher, Hapeville Middle School, Hapeville, Georgia.* Exhibit M.

"T.I.'s honesty was evident as he spoke of his embarrassment and disappointment over his own current legal predicament.  He used this as a means of informing them that no one, regardless of their fame or fortune was above the law. The audience remained attentive and at times seemed spellbound as they listened to him.  Following his appearance, both students and adults spoke of the value of

his visit, and of the positive impact it had on our students." *Darryl C. Burke, Acting Principal, Weaver High 10-12, Hartford, Connecticut.* Exhibit N.

"For [Mr. Harris] to take time to come to our Club was HUGE for these kids.  They are all leading tough lives and they don't always have the best role models in their reach.  He came in and was real with them; and he showed them that even though a person has a rough past does not mean that they can't have a better future.  They were excited and inspired and would love to see him back again in the future." *Marie Philippi, Program Director, Boys & Girls Clubs of the Twin Cities, West Side Branch, St. Paul, Minnesota.*  Exhibit O.

"A lot of students and staff were impressed that [T.I.] spent so much time patiently and frankly answering questions.  Your approachable manner coupled with their curiosity about you gave several students who are normally quite shy the courage to ask questions in a public forum.  Their ability to ask a public question and have it be respected and answered by a celebrity was a major boost to several students' self esteem and confidence level." *Rebecca E. Foo, Executive Director, Switzer Learning Center, Torrance, California.*  Exhibit P.

"It was an enriching experience for [T.I.] to visit each classroom within his hour visit and share his passion for students making good choices, even from an

early age." *Susan M. McCauley, Principal, DeKalb School of the Arts, Atlanta, Georgia.* Exhibit Q.

**(Attached as Exhibit R are 98 additional letters that echo these same sentiments.)**

Mr. Harris also has been honored for his community service. He has received a Congressional Award of Recognition (mentioned above) and recently received the Martin Luther King Freedom Medallion from Elisabeth Omilami on behalf of Hosea Feed The Hungry.  Last year, Mr. Harris volunteered at Atlanta's largest Thanksgiving dinner organized by Hosea Feed The Hungry; he also helped raise nearly $100,000 while on a local radio show promoting the event. The Medallion design was commissioned by Reverend Hosea Williams and made in California by an unknown artist.  The Medallion is worn by those who have given their lives to the cause of justice and righteousness in the world.  Mr. Harris was recognized for his contributions to Hosea Feed The Hungry and the work he has done in the community.

### III.   PUBLIC SERVICE ANNOUNCEMENTS

Mr. Harris recorded 55 Public Service Announcements, "PSAs" which were aired on television and radio on various subjects, from the importance of staying away from gangs and drugs to exercising the right to vote.  These PSAs have been and will be heard all across the country from Florida to California.   For example, Mr. Harris recorded a PSA for In The Hood Foundation in Cleveland, Ohio.  This foundation serves inner city children with a variety of life enhancing programs.  In the PSA Mr. Harris said:

"Yo, this ya boy T.I.P wit my homies Rob McQueen & E Lanier representing the In The Hood Foundation of Cleveland Ohio.

This organization teaches kids life enhancing skills in three core program areas, "Sports & Fitness, Lifeskills and Character & Leadership Development".  To register your child in this exciting program, please contact the In The Hood Foundation at 261 324 8365.

HOOD - Helping Others Overcome Differences!

This is T.I. & I fully support this program.

Keep it Pimpin!"

After the PSA aired the average daily attendance increased from 80 kids per day to over 120.

In the fall of 2008, Mr. Harris recorded a PSA for local Atlanta television station WSB-TV to promote their "Crimestoppers" hotline.  In the PSA Mr. Harris says, "Hey, what's happening y'all? Some people call me Tip, but this is about

another kind of tip that could help our mothers, our sisters, our brothers and our fathers to help get the perpetrators who commit crimes against them off the streets. All you gotta do is call Crimestoppers Atlanta. Tips can be anonymous and there's even a reward."  Though the PSA was only shown on WSB-TV, it has received nation-wide media attention and can still be viewed online at the Crimestoppers webpage.  *See* http://www.crimestoppersatlanta.org.

### IV.  MENTORING

Mentoring encompasses events where Mr. Harris interacted with kids and teens one on one or in small groups.  Mr. Harris primarily mentored young men in the Excel Leadership Academy at Inner Harbour of Children and Families in Douglasville, Georgia.  The Excel program is an alternative to incarceration for young men who are in custody for crimes against the State.  It is a 17 week, intensive program designed to help the young men reintegrate into their community and stay out of trouble.  Mr. Harris spoke about various subjects with these young men and shared his life story, describing how his decisions impacted the people around him, especially his mother.  The young men would prepare responses to the statements and give them to Mr. Harris for his evaluation.  This process was very effective in holding their attention throughout the duration of the

meetings, and Mr. Harris had an immediate positive effect on them.  For example, he was able to convince one young man to stay in the program rather than go back to the Youth Detention Center and serve out his two year sentence.

## V.    MTV REALITY SHOW

Though not a part of his community service, Mr. Harris has been taping his own reality show, "45 Days to Redemption", airing on MTV, which chronicles his efforts to help a handful of "at risk" teenagers avoid making the same mistakes he's made.  Each episode is focused on one teen as he or she meets Mr. Harris and goes through his four-step program: Step 1 – Take them by surprise; Step 2 – Show them what they're doing wrong; Step 3 – Show them their future if they do not change their ways; Step 4 – Give them something that people who live in their extreme circumstances sometimes never get, hope.  The show is heartbreaking, but uplifting at the same time.  The lives these teenagers live are almost hopeless; they are gang-bangers, drug dealers, and hustlers.  But by the end of each episode, each one of them seems to have taken Mr. Harris's message of hope to heart: "If you take my advice, the sky's the limit."

One young man, Trey, who, at only 15 years old, is involved in a gang, says he fights just to fight, because it's something to do.  In this episode Mr. Harris takes him to a cemetery where some of Mr. Harris's friends are buried to show him where he is headed if he doesn't change his lifestyle.  Mr. Harris also takes Trey to meet his uncle, who has served 10 years in prison, who tells him the only two options in his future are prison and death.  In the beginning of the episode it is clear that Trey thinks it's cool to be in a gang (or at least that's what he wants people to think).  Trey says he wants to be like his brother, who's currently incarcerated.  Mr. Harris's visit seems to have a powerful impact on Trey; several weeks after Mr. Harris's visit Trey's grades have improved and he says he's changed his life around and wants to be the first man in his family to go to college. He also says that he no longer wants to be like his brother, he wants to be himself, just Trey.

Mr. Harris continues to keep in touch with the teenagers he met on his show; one of them is interning at his studio.  Even he is surprised at how well they've maintained their progress since the show.

Of course, the real impact of these shows is not on the five or six individuals who are portrayed in the show.  Rather, the impact is on the three to four million viewers who watch each episode of the reality television show on MTV and hear

the same message.   The comments on the message boards at mtv.com,

http://community.mtv.com/Content/Discussions/DiscussionResults.aspx?tcid=2793

9, give a glimpse of the show's effect:

> "T.I has put a realization in my life watching everything he has done
> to these kids. I'm 17 and i almost started down the wrong path. i do
> apprecaite what he has been doing it got to the point were all i did was
> steal and thats not what my mom taught me. This show is one of the
> greatest one's I've had ever seen. Trying to stay clean from stealing is
> hard but seeing the true life of what can happen is a big wake up call."

> "  I am a new teacher and have a 5th grade class.  To say that some of
> these kids could go down the wrong path is an understatement.  I've
> been doing my best to be a positive influence and reason with them
> about their lifestyles and that of their family but this show has just
> helped so much.  I knew immediatley that they would identify with
> T.I. because they love him and sure enough they are talking about it in
> class.  So I just want to say thank you so much to all involved for
> coming up with a new creative way to reach these kids.  It really
> touches my heart.  Thank you."

> "This is the real deal, we need more of this on MTV since more young
> ones are continuing to watch these shows.  And once again, T.I is a
> great blessing to these kids and so much more. I've respected him and
> his music/lyrics and more before.... and always will. T.I is doing good
> things, spreading the word."

> "T.I.. I'm a 65 year old ex teacher and a fan. I think what you are
> doing can only bring more attention to the problems encountered by
> so many young people. I also think you are showing alternate choices,
> no matter how difficult them may seem. I've watched you shake
> people up and make them realize what the impact is of the CHOICES
> THEY MAKE. You may not see all the kids you change, but I'm

certain there are many of them who listen to you and learn... and remember... and choose."

"People make mistakes and it's not the mistakes you make its how you stand up after falling. T.I. is doing a great job and the people disrespecting have it easy, you have no idea how his actual life is. He's earned what he has. I saw him at Jingle Ball in 2008 and he killed it. The man is a beast and deserves the title Tha King."

"T.I. has spoken to many teens across the country since he was sentenced to community service. It's good that he's helping so many kids. In today's society, we sure need more men like T.I."

 "T.I KEEP UP THE GOOD WORK! I WAS A GANGSTER AND HUSTLER IM 38 YEARS OLD. IN APRIL 07 I WAS TAKEIN OUT BY 3 GUYS, 9 DAY COMA, BRAIN SURGURY,DIED 3XS, AND HERE I SIT NOW UR JAM DEAD AND GONE HITS ME RITE ON THANK YOU! ITS THE WAKE UP CALL NOW 1 OUT AND I DO THIS 4 MY FAMILY NOTHING, THE OLD ME IS DEAD AND GONE BUT THE NEW ME WILL BE ALRIGHT!"

"I do give homie the props for at least puttin something different on the lil homies minds but i watched the episode with mario and was taken bacc for real. Im 42, ex-banger from front hood cc rida. 134th. I walk around ever day with metal in my knee from getting blasted on by westside piru bacc in the 80's homie. had homies die in front of me and tell me to tell they moms that they loved em. . . everybody thats an og and lived that **** need to keep talkin to these youngstas. we gotta make em undastand that we need em out here in this free world to do some real productive ****."

"i say they shouldnt think about the past and charge him because of that. the past is the past.they should look at what coming at them and not what is behind them. and the way he has change all the kids life by showing them what could happen to them that is heart. and not only is he helping the kids that he's is talking to he's helping everyone that is watching the show. he has open my eyes on alot of things i didnt even think about. . . . let him keep talking to these kid let him change there life because if he has done it so far let him keep doing it because no one else will try to change there life. and he trying to stop the crime in the young peoples eye. and that is where it is coming from now and if

u stop it there this world will be alot safer to live in. so GIVE HIM A CHANCE."

While it is easy to document the positive effect that these interactions have had on the five or six individuals on the show, we can only speculate the extent to which hundreds, thousands, or tens of thousands of viewers are similarly induced to abandon life-threatening life-styles.

## VI.   CONCLUSION

Ever since the decision in *Booker*, the courts have once again began focusing on the individual actions and achievements of defendants in deciding an appropriate sentence.  The Supreme Court, in *Gall v. United States*, 128 S. Ct. 586 (2007), emphasized that it was appropriate for the sentencing judge to consider the fact that the defendant abandoned his criminal behavior and was now living a law-abiding life.  This Circuit's recent decision in *United Sates v. Clay*, 483 F.3d 739 (11th Cir. 2007), also addressed post-offense efforts at rehabilitation as an important component of the sentencing decision.  In *Clay*, the defendant's sentence was shortened because he helped other drug addicts complete a rehabilitation program and visited a juvenile detention center to encourage young people to change their lives.

The post-offense achievements of Clifford Harris and his total dedication to fulfilling the terms of the plea agreement certainly justify the sentence he is to receive.  While it is obviously true that someone in Mr. Harris' position should not benefit merely because he has the capacity to positively affect others, he is being given a reduced prison sentence because he exploited that capacity – excelled in his mission – far beyond even the expectations of all the lawyers who crafted the plea agreement in this case.  In response to those who suggest that a person of means does not deserve recognition for his eleemosynary actions, the comments of the late Judge Celebrezze are apropos:

> [A] defendant ... should be judged by his actions. The fact that he may have some economic means should neither be held for him or against him. To suggest that when a defendant is affluent, his attempts at restitution can never qualify as an exceptional circumstance[ ] is as repugnant to equal protection ideology as to hold the lack of ability to make restitution against an indigent defendant.  *United States v. DeMonte,* 25 F.3d 343, 355 (6th Cir.1994).

Mr. Harris has touched hundreds of thousands of lives over the course of the past year.  He has devoted his time and his resources to changing the lives of teenagers and young adults.  No one will ever mistake Clifford Harris for Mother

Teresa.  But he has done all that he can humanly do to direct at-risk youths in the right direction.  There is no way to measure how many people will not commit crimes because of his intervention.  There is no way to count the number of young men who will not abuse a young woman, or who will not buy, or steal, a gun after hearing  Mr. Harris speak.  There is no way to calculate how many students will make a more concerted effort to stay in school, to graduate, because Clifford Harris persuaded them to do so.

What we do know is Clifford Harris lived-up to the promises he made to the Court and Government 1 year ago.  The Government took a risk, criticized by some, with Mr. Harris.  But that risk was not only justified but rewarded many times over.  The Government's willingness to think outside the box may well have saved hundreds or even thousands of at-risk youth from becoming criminals.  All Mr. Harris sought was the opportunity to make a real difference.  The Court and the Government gave him that chance.  Mr. Harris proved to one and all it was the right thing to have done.

Respectfully Submitted,

BY: */s/Edward T.M. Garland*
EDWARD T.M. GARLAND
Georgia Bar No. 284900

(Signatures continued on following page)

22

BY:  */s/Donald F. Samuel*
DONALD F. SAMUEL
Georgia Bar No. 624475

Garland, Samuel & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
etg@gsllaw.com
dfs@gsllaw.com

BY: */s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075

Law Offices of Steven H. Sadow, P.C.
Suite 2502
260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 577-1400
**steve8300@mindspring.com**

(Signatures continued on following page)

BY: */s/Janice A. Singer*
     JANICE A. SINGER
     Georgia Bar No. 649033

Thompson & Singer, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277
jas@thompsonsinger.com

BY: */s/Dwight L. Thomas*
     DWIGHT L. THOMAS
     Georgia Bar No. 704825

1745 Martin Luther King Jr. Drive
Atlanta, Georgia 30314
(404) 522-1400
dlowellthomas@hotmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **INDICTMENT NO.** |
| | ) | **1:07-CR-344** |
| **v.** | ) | |
| | ) | |
| **CLIFFORD J. HARRIS, JR.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2009, I electronically filed the within and foregoing *Defendant's Sentencing Memorandum* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record:

BY:  */s/Donald F. Samuel*
DONALD F. SAMUEL
Georgia Bar No. 624475