

# SUPREME COURT OF GEORGIA
STATE JUDICIAL BUILDING
ATLANTA, GEORGIA 30334

LEAH WARD SEARS
CHIEF JUSTICE

(404) 656-3474

March 25, 2009

The Honorable Charles A. Pannell, Jr.
United States District Court
75 Spring Street, SW
2321 United States Courthouse
Atlanta, GA   30303

Dear Judge Pannell:

     I am writing to let you know about a recent event held in the courtroom of the Supreme Court of Georgia, entitled, "Play by the Rules." At my invitation, Clifford Harris, known by young people as "T. I." participated Feb. 20th in this half-day youth summit that was designed to teach kids how to avoid breaking the law before they got into the kind of trouble that could change their lives. Mr. Harris did an outstanding job, and thanks to him, the summit was a remarkable success.

     Co-hosted by the Georgia Supreme Court and the Georgia PTA, it was modeled after a similar program in Alabama that was promoted by that state's Supreme Court. About 150 students from around the state – including 60 kids referred by Fulton County Juvenile Court – also heard from J. Tom Morgan, former District Attorney of DeKalb County and author of the book, "Ignorance is No Defense: A Teenager's Guide to Georgia Law." All received a copy of the book.

     J. Tom spoke first, providing real-life examples of Georgia teens he's represented who have gotten into serious trouble with the law, based on their own ignorance. But it was Mr. Harris who spoke from the heart and captivated these young people. With people packed into a courtroom that normally fits 100 comfortably, you could have heard a pin drop when he spoke knowingly and honestly about the mistakes he's made and how they could avoid them. He said loud and clear that first, they must get their education. Second, he told them never to use their environment as an excuse. And third, he spoke movingly when he said that none of them had made any worse mistakes than he had, and if he could turn his life around, so could they.

     If only one young person in that courtroom listened to Mr. Harris – and I believe they all did – we are all better for it. He was honest, humble and inspirational – all without a script. He spoke with them, rather than at them. I believe that the message Mr. Harris and Mr. Morgan together delivered is so worthwhile, that my staff has approached the state Department of

The Honorable Charles A. Pannell, Jr.
March 25, 2009
Page Two

Education about using the videotape of the session as a teaching tool in Georgia's public schools. I'm attaching for you a DVD that includes a snippet of the discussion, just to give you an idea.

    I am very grateful to Mr. Harris for the time he spent with these young people. I hope he will devote his life to carrying his message forward to future generations. Please let me know if I can provide any other information.

Sincerely,

*[signature]*

Chief Justice Leah Ward Sears

LWS/bjd
Enclosure
bcc: Donald Samuel, Esq.