# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:07-cr-00344-CAP-AJB
### USA v. Harris
### Honorable Charles A. Pannell, Jr.

Corrected Minute Sheet for proceedings held In Open Court on 04/28/2009.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:50

COURT REPORTER: Susan Baker
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Clifford J. Harris, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Todd Alley representing USA<br>Edward Garland representing Clifford J. Harris<br>Francey Hakes representing USA<br>Steven Sadow representing Clifford J. Harris<br>Donald Samuel representing Clifford J. Harris<br>Janice Singer representing Clifford J. Harris<br>Dwight Thomas representing Clifford J. Harris |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | CBOP 12 mos., & 1 day, followed by 3 yrs spv'd release. $300 special assessment. $100,000 fine. Dft given his appeal rights. Dft allowed voluntary surrender, but not before 5/19/2009. |
| HEARING STATUS: | Hearing Concluded |