**U.S. Department of Justice**

United States Marshals Service

*Northern District of Georgia*

---

Atlanta, GA 30303
April 30, 2009

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 1 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Clifford J Harris Jr.
3309 Lost Valley Drive
Jonesboro, Ga. 30236

    Subject:    **Voluntary Surrender/Reporting Information**
                          Reg. No. 59458-019, Case No.1:07-CR-344-01-CAP

Dear Mr. Harris:

    Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | **FCI Forrest City Low**<br>**1400 Dale Bumpers Road**<br>**Forrest City, Ark. 72336** |
| TELEPHONE NO.: | **(870) 630-6000** |
| REPORT DATE: | **NOON, May 26, 2009** |

    Any further inquiries should be directed to the institution at the telephone number listed above.

                                            Respectfully,

                                            RICHARD V. MECUM
                                            UNITED STATES MARSHAL

                                            RONNIE D VIRDEN
                                            CRIMINAL SECTION

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office