IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | DOCKET 1:07-CR-344-CAP |
| CLIFFORD J. HARRIS, JR., | : | |
| Defendant. | : | |

### MOTION TO POSTPONE VOLUNTARY SURRENDER DATE

As the Court is well aware, the defendant, Clifford Harris, has been designated to a prison facility (not a camp) in Arkansas. In conversations with the probation department, the defense has learned that one of the reasons for this designation was a "scoring" of a prior offense as a serious violent felony. The defense believes that this scoring under the B.O.P. Program Statement regulation, was erroneous. In fact, the prior offense did not involve any weapon and amounted to little more than a "scuffle" at a mall.

The defense wrote to the B.O.P. and questioned the accuracy of the designation scoring (Exhibit A). In response, the B.O.P. essentially said that without a signed consent form from Mr. Harris, the B.O.P. would not discuss the specifics of the designation scoring (Exhibit B). (It should be noted that the defense has had prior correspondence with the B.O.P. and has never previously

1

been told that any kind of "signed consent form" was needed to conduct this dialogue.

Mr. Harris is scheduled to surrender on Tuesday, May 26, 2009. Once he surrenders, changing the designation is an extremely cumbersome process that will virtually preclude any change in his designation until his sentence is almost complete. Therefore, resolving this issue prior to his surrender date is the only way to effectively correct any error in the scoring.

The defense is not asking for an extensive delay. Rather, the defense requests a two-week delay so that the consent form can be delivered to the B.O.P. and the issue of the designation scoring can be carefully reviewed by the B.O.P. with the input of the defense and an accurate scoring can be accomplished.

For the foregoing reasons, the defense requests an extension through and including June 9, 2009 to voluntarily surrender to the institution to which Mr. Harris is ultimately designated.

                                                Respectfully submitted,

                                                */s/ Steven H. Sadow*
                                                STEVEN H. SADOW
                                                Attorney for Defendant
                                                Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia  30303
(404)  577-1400

*/s/ Donald F. Samuel*
DONALD F. SAMUEL
Attorney for Defendant
Georgia Bar No. 624475

3151 Maple Drive, N.E.
Atlanta, Georgia  30305
(404) 262-2225

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing using the ECF system which will send notification of such filing to all parties of record.

This 21st day of May, 2009.

*/s/ Donald F. Samuel*
DONALD F. SAMUEL