

**U.S. Department of Justice**
Federal Bureau of Prisons

Designation and Sentence Computation Center

---

**Office of the Chief**

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

May 21, 2009

Steven H. Sadow, P.C.
260 Peachtree Street, N.W.
Suite 2502
Atlanta, GA 30303

**Re: HARRIS, Clifford Joseph**
Reg. No. 59458-019

Dear Mr. Sadow:

This is in response to your correspondence to the Designation and Sentence Computation Center dated May 15, 2009, regarding Clifford Harris' designation to a low security level facility. Specifically, you contend Mr. Harris has been scored incorrectly. Therefore, you request his score be adjusted, a management variable be applied, and he be designated to the minimum security level facility in Atlanta, Georgia, or another minimum security level facility in close proximity to Atlanta. In the alternative, you request he be designated to the low security level facility in Jesup, Georgia, as it is closer to his home.

You have failed to enclose a consent form signed by Mr. Harris. Accordingly, I cannot address the adjustment of his score, the application of a management variable, or the factors underlying the Bureau's decision to designate Mr. Harris to FCI Forrest City, as these issues are not public information. can, however, address the judicial recommendation, as this is public information.

Records reflect the sentencing court recommended "the BOP designate the defendant, if eligible, to the Minimum security Federal Prison Camp in Atlanta, Georgia." The Bureau carefully considers all judicial recommendations during the designation process. Although the Bureau makes every effort to comply with these recommendations when such requests are consistent with policy and sound correctional management, it cannot comply with all recommendations based on a variety of reasons, including population management concerns, security concerns, etc.

*B*

The Bureau understands that separation from family is a painful consequence of incarceration and attempts to designate inmates to facilities commensurate with their security and program needs within 500 miles of their release residence, while maintaining population balance throughout our institutions. Review of Mr. Harris' case reflects he has been designated to an appropriate facility in accordance with Bureau policy. Additionally, his designated facility is less than 500 miles from his release residence. Therefore, his designation will not be changed and Mr. Harris should report to his designated facility as directed.

Once Mr. Harris arrives at his designated facility, he can address any remaining concerns with institution staff. If he is not satisfied with the response, he can use the administrative remedy program, described more fully in Program Statement 1330.6, Administrative Remedy Program, found on our website at www.bop.gov

I trust this response has addressed your concerns.

Sincerely

Delbert G. Sauers
Chief

hlr