```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| v. | NO. 1:07-CR-344-CAP |
| | |
| CLIFFORD J. HARRIS, JR., a/k/a "T.I.", | |
| Defendant. | |

O R D E R

This action is before the court on the defendant's motion to postpone voluntary surrender date [Doc. No. 91]. The court has carefully considered the defendant's motion and accordingly, the defendant's motion to postpone voluntary surrender date [Doc. No. 91] is DENIED.

SO ORDERED, this  22nd   day of May, 2009.


/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge