# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | INDICMENT NO. |
| v. ) | |
| ) | 1:07-CR-344-CAP/AJB |
| CLIFFORD HARRIS, JR., ) | |
| a/k/a T.I., ) | |
| ) | |
| DEFENDANTS. ) | |

### RESPONSE TO NOTICE OF LEVY

COMES NOW, Defendant Clifford Harris and files this Response to the Notice of Levy filed by the IRS.

The defendant has no objections to the court directing the Clerk's office to comply with the Notice of Levy filed by the IRS. The defendant does not object to the Court proceeding on this matter without a hearing.

Respectfully Submitted,

BY: */s/Edward T.M. Garland*
　　EDWARD T.M. GARLAND
　　Georgia Bar No. 284900

(signatures continued on following page)

                                              BY: */s/Donald F. Samuel*
                                                    DONALD F. SAMUEL
                                                    Georgia Bar No. 624475

Garland, Samuel & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
etg@gsllaw.com
dfs@gsllaw.com

                                              BY: */s/ Steven H. Sadow*
                                                    STEVEN H. SADOW
                                                    Georgia Bar No. 622075

Law Offices of Steven H. Sadow, P.C.
Suite 2502
260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 577-1400
**steve8300@mindspring.com**

                                              BY: */s/Janice A. Singer*
                                                    JANICE A. SINGER
                                                    Georgia Bar No. 649033

Thompson & Singer, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277
jas@thompsonsinger.com

                                              BY: */s/Dwight L. Thomas*
                                                    DWIGHT L. THOMAS
                                                    Georgia Bar No. 704825

1745 Martin Luther King Jr. Drive
Atlanta, Georgia 30314
(404) 522-1400
dlowellthomas@hotmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | INDICTMENT NO. |
| ) | 1:07-CR-344 |
| v.  ) | |
| ) | |
| CLIFFORD J. HARRIS, JR.  ) | |
| ) | |
| Defendant.  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2009, I electronically filed the within and foregoing *Response to Notice of Levy* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record:

        BY: */s/Donald F. Samuel*
             DONALD F. SAMUEL
             Georgia Bar No. 624475