# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **INDICMENT NO.** |
| **v.** ) | |
| ) | **1:07-CR-344-CAP/AJB** |
| **CLIFFORD HARRIS, JR.,** ) | |
| *a/k/a* **T.I.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## MOTION FOR EXONERATION OF SURETY BOND

COMES NOW, Defendant Clifford Harris and files this Motion for Exoneration of Surety Bond pursuant to Rule 46 of the Federal Rules of Criminal Procedure, and states as follows:

In compliance with his bond conditions, Defendant Harris posted a two million dollar ($2,000,000.00) cash bond, which was deposited into the Registry of the Court, and a one million dollar ($1,000,000.00) property bond.  One million dollars ($1,000,000.00) of the cash bond was paid by Warner Music Inc., and the other one million dollars ($1,000,000.00) was paid by the defendant himself.

Defendant Harris was sentenced on March 27, 2009 and he timely surrendered himself into custody on Tuesday, May 26, 2009 to begin serving his sentence.  There will be no appeal in his case.  The defendant has complied with all conditions of his bond and no part of his bail has been forfeited.

This motion only requests the release of the portion of the cash bond paid by Warner Music, Inc. For the reasons state above, Defendant Harris asks the Court to authorize the Clerk of the Northern District to disburse the portion of the cash bond paid for by Warner Music, Inc., from the Registry of the Court as specified in the proposed order, which is attached. The U.S. Attorney's Office does not oppose this motion.

Respectfully Submitted,

BY: /s/Edward T.M. Garland
EDWARD T.M. GARLAND
Georgia Bar No. 284900

BY: /s/Donald F. Samuel
DONALD F. SAMUEL
Georgia Bar No. 624475

Garland, Samuel & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
etg@gsllaw.com
dfs@gsllaw.com

BY: /s/ Steven H. Sadow
STEVEN H. SADOW
Georgia Bar No. 622075

Law Offices of Steven H. Sadow, P.C.
Suite 2502
260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 577-1400
**steve8300@mindspring.com**

                                        BY: */s/Janice A. Singer*
                                                JANICE A. SINGER
                                                Georgia Bar No. 649033

Thompson & Singer, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277
jas@thompsonsinger.com

                                        BY: */s/Dwight L. Thomas*
                                                DWIGHT L. THOMAS
                                                Georgia Bar No. 704825

1745 Martin Luther King Jr. Drive
Atlanta, Georgia 30314
(404) 522-1400
dlowellthomas@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | INDICTMENT NO. |
| ) | 1:07-CR-344 |
| v. ) | |
| ) | |
| CLIFFORD J. HARRIS, JR. ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2009, I electronically filed the within and foregoing *Motion to Exonerate Bond* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record:

    BY: */s/Donald F. Samuel*
          DONALD F. SAMUEL
          Georgia Bar No. 624475

4