# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **INDICMENT NO.** |
| **v.** ) | |
| ) | **1:07-CR-344-CAP/AJB** |
| **CLIFFORD HARRIS, JR.,** ) | |
| *a/k/a* **T.I.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## ORDER

Having read and considered Defendant's unopposed Motion for Exoneration of Surety Bond, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of one million dollars ($1,000,000.00), plus all accrued interest, minus any statutory users fees, payable to:

> Warner Music Group
> 75 Rockefeller Plaza
> New York, NY 10019

and mail or deliver the check to:

> Warner Music Group
> c/o Steve Macri
> 75 Rockefeller Plaza
> New York, NY 10019

1

**IT IS HEREBY ORDERED** this _____ day of June, 2009.

_____
JUDGE CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT COURT

Prepared by:

_____
Donald F. Samuel