PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 6 2010

JAMES N. HATTEN, Clerk



By: _____ Deputy Clerk

U. S. A. vs. Clifford Harris                         Docket No. 1:07-CR-344-1-CAP

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Jack D. Briscoe, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Clifford Harris, who was placed on supervision for the offenses of  Receipt/Possession of Unregistered Machine Guns and Silencers, 26 USC §§5841, 5845, 5861(d) & 5871; Unlawful Possession of Machine Guns, 18 USC §922(o); and Unlawful Possession of Firearms by a Convicted Felon, 18 USC §922(g), by the Honorable Charles A. Pannell, Jr., sitting in the court at Atlanta, on the 27th day of March 2009, who fixed the period of supervision at 36 months, imposed the mandatory and general terms and conditions theretofore adopted by the Court, and also imposed special conditions and terms as follows:

The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic tests thereafter.

The defendant shall participate in a drug/alcohol treatment program as directed by the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall complete a total of 365 days of home detention, with credit for 305 days the defendant served on home incarceration and under the home detention program while on bond.  While under home incarceration, the defendant shall maintain a curfew of 11:00 p.m. to 6:00 a.m, unless a contractual performance or appearance requires a later appearance, in which case the curfew shall be from 1:00 a.m. to 8:00 a.m.

The defendant shall perform 1,500 hours of community service, with credit given for 1,030 community service hours performed since his guilty plea on March 27, 2008.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property (real, personal or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

U.S.A. v. Clifford Harris
Docket No.: 1:07-CR-344-1-CAP
Petition and Order to Show Cause
Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Violation No. 1 - Commission of a State Crime (Felony)

On or about September 1, 2010, the defendant committed the offense of Possession of a Controlled Substance (Ecstasy), a violation of California code section 11377(a) H & S, a felony.

### Violation No. 2 - Possession and Use of Controlled Substances

(a)  On September 1, 2010, the defendant illegally possessed controlled substances, to wit: codeine, marijuana and Ecstacy.

(b)  On September 2, 2010, the defendant submitted to a drug screen via urinalysis that returned positive for opiates.  The drug screen was administered at the U.S. Probation Office in Los Angeles, California.

### Violation No. 3 - Association with Convicted Felon

On or about September 1, 2010, the defendant associated with Cortez Thomas, a convicted felon. A criminal record check indicates Cortez Thomas has prior convictions for Purchase, Possession, Manufacture, and Sale of Marijuana; Cruelty to Children; and Criminal Damage to Property. The probation officer did not give the defendant permission to associate with Cortez Thomas.

PRAYING THAT THE COURT WILL ORDER Clifford Harris to appear before the Court on a date to be determined, as directed, to show cause why Supervised Release should not be revoked.

ORDER OF COURT

Considered and ordered this _____15_____ day
of _____, ___2010___

and ordered filed and made a part of the records

in the above case.

_____
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jack D. Briscoe
Sr. U. S. Probation Officer

Place:  Atlanta, Georgia

Date:   September 14, 2010

_____
Paul T. O'Connor, Jr.
Supervising U. S. Probation Officer