# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:07-cr-00344-CAP-AJB
### USA v. Harris
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 10/15/2010.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 4:25 P.M.
TIME IN COURT: 2 :27

COURT REPORTER: Elise Evans
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Clifford J. Harris, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Todd Alley representing USA<br>Edward Garland representing Clifford J. Harris<br>Dahil Goss representing USA<br>Francey Hakes representing USA<br>Steven Sadow representing Clifford J. Harris<br>Donald Samuel representing Clifford J. Harris<br>Janice Singer-Capek representing Clifford J. Harris<br>Dwight Thomas representing Clifford J. Harris |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing-Evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations in part.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | CBOP 11 mos., followed by 1 yr. spv'd release as to each count. Dft given appeal rights. Dft to voluntarily surrender by Nov. 1, 2010 to the US Marshal. |
| HEARING STATUS: | Hearing Concluded |