UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>NO. 1:07-CR-344-CAP |
| CLIFFORD J. HARRIS, JR. | |
| Defendant. | |

ORDER/JUDGMENT

On this 15th day of October, 2010, came the attorney for the government, the defendant appeared in person and with counsel, Steven Sadow, Donald Samuel, Edward Garland, Dwight Thomas and Janice Singer-Capek.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on March 27, 2009, for the period of THREE (3) years, and the defendant having admitted in part that he violated the terms and conditions of his supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for a period of Eleven (11) months.

Upon release from imprisonment, the defendant shall be on supervised release for a term of one year on each of counts one (1), two (2) and three (3) to be served concurrently, giving the

court the option at a later revocation, of sentencing up to three years.

The defendant shall comply with the standard conditions of supervised release and the following additional conditions:

1. The defendant shall participate in a drug/alcohol testing and treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services of such treatment.

2. The defendant shall not own, possess of have under his control any firearm, dangerous weapon or other destructive device.

3. The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer.  The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

4. The defendant's travel outside of the Northern District of Georgia shall be limited to verified employment within the United States, and shall not exceed Seven (7) calendar days per month nor will it exceed Seven (7) consecutive days per calendar month.

5. The defendant shall not drive a vehicle during the period of his supervised release.

The defendant is allowed voluntary surrender to the U.S. Marshal on November 1, 2010 at 12:00 p.m.  The court recommends the defendant be incarcerated in a facility in the State of Georgia.

IT IS ORDERED that the Clerk deliver a certified copy of this

order and judgment to the United States Marshal or other qualified officer.

    SO ORDERED, this __18th__ day of October, 2010.

                                        /s/Charles A. Pannell, Jr.
                                        CHARLES A. PANNELL, JR.
                                        United States District Judge