AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

United States of America

v.

Clifford Harris, Jr.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:07CR-344-CAP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles A. Pannell, Jr. | Sally Yates | Steven Sadow |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Oct. 15, 2010 | Elise Evans | K. Martin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10-15-10 | ✓ | ✓ | Copy of an Open Letter, N.C. Central University |
|  | 4 | 10-15-10 | ✓ | ✓ | Statement of Support |
|  | 5 | 10-15-10 | ✓ | ✓ | King Camp, New Path Program |
|  | 6 | 10-15-10 | ✓ | ✓ | Memorandum of Understanding |
|  | 7 | 10-15-10 | ✓ | ✓ | Copies of Letters |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size