UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 1:07-CR-344-CAP |
| CLIFFORD HARRIS JR., | |
| Defendant. | |

### RECEIPT FOR EXHIBITS

I have received from Regena Martin this \_\_15th\_\_ day of \_\_November\_\_, 2010, from revocation hearing held October 15, 2010, the following exhibits:

DEFENDANT'S EXHS: 1, 4, 5, 6, 7

_____
SIGNATURE OF EXHIBIT CUSTODIAN

**NOTE TO DOCKETING CLERK:**

**PLEASE RETURN SIGNED COPY TO REGENA MARTIN**