PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 16 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U. S. A. vs. Clifford J. Harris, Jr.                                    Docket No. 1:07-CR-344-1-CAP

### PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Jack D. Briscoe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Clifford J. Harris, Jr. who was placed on supervision for the offense of Receipt/Possession of Unregistered machine Guns and Silencers, 26 USC 5841, 5845, 5861(d) & 5871; Unlawful Possession of Machine Guns, 18 USC 922(o); and Unlawful Possession of Firearms by a Convicted Felon, 18 USC 922(g) by the Honorable Charles A. Pannell, Jr. Sitting in the court at Atlanta, on the 27th day of March, 2009 who fixed the period of supervision at 12 months per count. On October 15, 2010, supervised release was revoked and a sentence of 11 months custody followed by a 1 year term of supervised release was imposed. The Court imposed special conditions and terms as follows:

(1) Complete substance abuse counseling, (2) No Firearms, (3) Search condition, (4) Travel outside Northern District of Georgia shall not exceed 7 days per month, (5) Defendant shall not drive a vehicle during supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Harris has cooperated with the conditions of his supervision, and has recently successfully completed his drug/alcohol counseling. He has requested permission to travel beyond the 7 days per month currently allowed. The U.S. Probation Officer is recommending allowing Mr. Harris to travel outside the Northern District of Georgia up to 12 days per month. The U.S. Attorney supports this proposal.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to extend the defendant's travel outside of the Northern District of Georgia for employment purposes from seven (7) days per month to twelve (12) days per month.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __10__ day of __April__, 2012 and ordered filed and made a part of the records in the above case. | _____<br>Jack D. Briscoe<br>Sr. U. S. Probation Officer |
| _____<br>Honorable Charles A. Pannell, Jr.<br>U. S. District Court Judge | Place: Atlanta, Georgia<br><br>Date: March 29, 2012<br><br>_____<br>Paul T. O'Connor, Jr.<br>Supervising U. S. Probation Officer |